AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| | ) | Case No.    5:25-MJ-278 (ML) |
| | ) | |
| JESUS FRANCISCO SANTOS-RAMIREZ, | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about September 10, 2025 in the county of Oswego in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Reentry of Removed Alien |

This criminal complaint is based on these facts:
**See Attachment**

☒    Continued on the attached sheet.

_____
Complainant's signature

Foster Rubinstein, Border Patrol Agent
_____
Printed name and title

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:    September 10, 2025
_____

_____
Judge's signature

City and State:    Binghamton, New York

Hon. Miroslav Lovric, U.S. Magistrate Judge
_____
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1.      I am an agent with Customs and Border Protection, assigned to the United States Border Patrol. I have been working in this capacity for approximately 2 years. I make this affidavit in support of a criminal complaint for a violation of Title 8, United States Code, Section 1326(a) against Jesus Francisco SANTOS-Ramirez. This affidavit is based upon information I reviewed and/or received from law enforcement colleagues and immigration database checks. It sets forth probable cause regarding the alleged offense but does not set forth all information known to law enforcement regarding the subject.

2.      On September 10, 2025, at approximately 8:45 a.m., local law enforcement notified the Oswego Border Patrol that a motor-vehicle collision (MVC) had occurred at the intersection of County Route 28 and US Route 11 near the town of Richland, NY. Law enforcement on-scene notified Border Patrol that all the occupants of one of the vehicles involved were unable to produce identification and were unable to communicate in the English language. Oswego Border Patrol Agents responded to assist in identifying the occupants.

3.      Once on scene, agents conducted interviews with each of the occupants and determined all to be in the country illegally, except for the driver who was transported to a hospital by ambulance. The occupants were in a 2015 Chevrolet Van bearing Massachusetts registration X95022. SANTOS-Ramirez and three other passengers were transported to the Oswego Border Patrol Station for further processing.

4.      At the Oswego Border Patrol Station, biographical information and fingerprints were collected. Record checks revealed that SANTOS-Ramirez is a citizen of Mexico with no legal right to be in the United States. SANTOS-Ramirez was found to be in the United States illegally on or about 5/17/2018 by immigration officials at or near Santa Teresa, New Mexico. SANTOS-Ramirez received a final order of removal on 5/18/2018. On 5/25/2018, SANTOS-Ramirez was removed from the United States through El Paso, TX to Mexico.

5.    According to records checks, since being removed on 5/25/2018, SANTOS-Ramirez has never applied for or received permission to reenter the United States from the Attorney General or the Secretary of the Department of Homeland Security.

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

_____
Foster Rubinstein, Border Patrol Agent

I, the Honorable Miroslav Lovric, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by video conference on September 10, 2025 in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

_____
Hon. Miroslav Lovric
United States Magistrate Judge